UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITA LEAPAI, <br><br> Plaintiff, <br><br> v. <br><br> P.S.C., INC., <br><br> Defendant. | CASE NO. C16-0765JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Defendant P.S.C., Inc.'s ("P.S.C.") Rule 12(B)(6) Motion to Dismiss and/or Motion for Summary Judgment (Dkt. # 11) is improperly noted. The court renotes P.S.C.'s motion to the proper noting date of November 17, 2017. *See* Local Rules W.D. Wash. LCR 7(d)(3).

//

//

MINUTE ORDER - 1

The court notes that any opposition papers were due on November 13, 2017, and that any reply would be due on November 17, 2017. *See id.* However, given that the due date for opposition papers has already passed, the court will give Plaintiff Rita Leapai a brief extension. Ms. Leapai must file a response by close of business on Friday, November 17, 2017. P.S.C.'s reply, if any, must be submitted by noon on Monday, November 20, 2017.

Filed and entered this 14th day of November, 2017.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk