**Law Offices of**
**Marina Dzhamilova, PLLC**
By: Marina Dzhamilova, Esq.
6628 212th St. SW, Ste. 206
Lynnwood, WA 98036
Phone: 425-563-6700
mdzhamilova@hotmail.com
*Attorney for Rita Leapai*

**Loran & Ritchie, P.S.**
By:  Joseph J. Loran, Esq.
615 Commerce Street, Suite 103
Tacoma, WA 98402
Phone:  253-383-7123
joe@loranritchie.com
*Attorney for P.S.C., Inc.*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RITA LEAPAI,<br><br>              Plaintiff,<br><br>    vs.<br><br>P.S.C., INC.,<br><br>              Defendant. | No.: _2:16-cv-00765-JLR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 15, 2017**<br><br>[~~PROPOSED~~] |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 15th day of November, 2017 at Lynnwood, Washington.

/s/ Marina Dzhamilova
Marina Dzhamilova
Attorney for Plaintiff


Dated this 15th day of November, 2017 at Tacoma, Washington.

/s/ Joseph J. Loran
Joseph J. Loran (WSBA # 14746)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 15th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:   Joseph J. Loran, Attorney for Defendant.

/s/ Marina Dzhamilova
Marina Dzhamilova
6628 212th St. SW, Ste. 206
Lynnwood, WA 98036
Phone: 425-563-6700
mdzhamilova@hotmail.com

1 | **Law Offices of**
**Marina Dzhamilova, PLLC**
2 | By: Marina Dzhamilova, Esq.
6628 212th St. SW, Ste. 206
3 | Lynnwood, WA 98036
4 | Phone: 425-563-6700
mdzhamilova@hotmail.com
5 | *Attorney for Rita Leapai*

6
**Loran & Ritchie, P.S.**
7 | By: Joseph J. Loran, Esq.
615 Commerce Street, Suite 103
8 | Tacoma, WA 98402
9 | Phone: 253-383-7123
joe@loranritchie.com
10
*Attorney for P.S.C., Inc.*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RITA LEAPAI,

   Plaintiff,

vs.

P.S.C., INC.

   Defendant.

No.: 2:16-cv-00765-JLR

**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

**NOTE ON MOTION CALENDAR:**
November 15, 2017

~~[PROPOSED]~~

BEFORE THE COURT is the parties' Stipulation for Dismissal With Prejudice and Without Costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, all claims and causes of action against Defendants are DISMISSED with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

1 | Presented by:

2 | /s/ Marina Dzhamilova
3 | Marina Dzhamilova
Attorney for Plaintiff
4 |
5 | Joseph J. Loran
Joseph J. Loran
6 | Attorney for Defendant

7 |

8 | IT IS SO ORDERED

9 | Dated this 15th day of Nov., 2017

12 | THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE